**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

          v.

CHARLES SPAULDING.

No. 06 CR 812-2
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

Defendant Charles Spaulding filed a *pro se* motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c), based on a recent amendment to the Sentencing Guidelines that lowered the base offense levels applicable to narcotics offenses. (Doc. 306). This motion can be granted, I find the sentence on Counts 1 and 6 of the applicable indictment ought be lowered to a sentence within the new guideline range of 57 months to 71 months imprisonment. On Count 7, Defendant has a statutory mandatory minimum sentence of 60-months' imprisonment consecutive to any other sentence imposed.

After review of the docket and documents material to this sentence, I agree with the Government's proposal that Defendant be sentenced to a specific term of 70 months' imprisonment on Counts 1 and 6, to run concurrently, and a statutory mandatory minimum sentence of 60 months' imprisonment on Count 7, to run consecutively, for a revised total sentence of 130 months' imprisonment.

ENTER:

James B. Zagel
United States District Judge

DATE: July 8, 2015

1